THE PEOPLE OF THE STATE OF NEW YORK, Respondent *v.*
VINCENT P. SICILIANO, Appellant.

Argued January 8, 1948; decided March 11, 1948.

*Joseph Lonardo* for appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER, DYE and FULD, JJ. Dissenting: CONWAY and DESMOND, JJ., upon the ground that the evidence was not sufficient to warrant the finding of the defendant's guilt beyond a reasonable doubt.